1  JOHN M. SORICH (CA Bar No.125223)
   jsorich@adorno.com
2  S. CHRISTOPHER YOO (CA Bar No. 169442)
   cyoo@adorno.com
3  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
4  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
5  Tel: (714) 852-6800
   Fax: (714) 852-6899
6
7  Attorneys for Defendant
   EMC MORTGAGE CORPORATION
8
9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11
12 SEAN & TAMIKA BRIDGEWATER,           CASE NO.: CV10-05945-PSG-MANx
13        Plaintiffs,                   JUDGE:   Hon. Philip S. Gutierrez
14 v.                                   [PROPOSED] ORDER RE:
                                        MOTION TO DISMISS
15 EMC MORTGAGE CORPORATION             COMPLAINT
   and CAL-WESTERN
16 RECONVEYANCE CORP.,
                                        DATE:   November 1, 2010
17        Defendants.                   TIME:   1:30 p.m.
                                        DEPT:   "880"
18
19                                      Action Filed:   August 10, 2010
20
21
22     The Motion of defendant EMC Mortgage Corporation ("EMC" or
23 "Defendant") to Dismiss the Complaint of plaintiffs Sean & Tamika Bridgewater
24 (collectively "Plaintiffs") came regularly for hearing on November 1, 2010 at 1:30
25 p.m. in Courtroom "880" of the above-entitled Court, the Honorable Philip S.
26 Gutierrez , presiding. S. Christopher Yoo, Esq. of Adorno, Yoss, Alvarado & Smith,
27
28
                              1
                        [PROPOSED] ORDER
1148574.1

1  a professional corporation, appeared for the moving parties.  All other appearances
2  were noted for the record.
3      The Court, having considered the moving, opposing, and reply papers, and the
4  oral arguments of counsel and Plaintiff, **IT IS HEREBY ORDERED THAT**:
5      1.   The Motion of Defendant to Dismiss Plaintiffs' Complaint is granted in
6  its entirety <u>with prejudice</u> or _____, because
7  Plaintiffs cannot state any claim against Defendant for the reasons set forth in the
8  Motion to Dismiss.

11  DATED: _____    _____
12                                                     Judge, United States District Court
13                                                     (Central District)

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

Sean Bridgewater et al v. EMC Mortgage Corp et al
U.S.D.C. Central District of California Case No.: 2:10-cv-05945-PSG -MAN

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707**.

On September 14, 2010, I served the foregoing document described as **[PROPOSED] ORDER RE: MOTION TO DISMISS COMPLAINT** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on September 14, 2010, at Santa Ana, California.

_____
MICHELLE E AULT

1148574.1

1
[PROPOSED] ORDER

**SERVICE LIST**
Sean Bridgewater et al v. EMC Mortgage Corp et al
U.S.D.C. Central District of California Case No.: 2:10-cv-05945-PSG -MAN

| | |
|---|---|
| Sean Bridgewater | T 805-581-2408 |
| Tamika Bridgewater | |
| 3445 Countrywalk Court | Plaintiffs in Pro Se |
| Simi Valley, CA 93065 | |