# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sean Bridgewater, et. al., <br><br> Plaintiff(s), <br> v. <br> EMC Mortgage Corp, et. al., <br><br> Defendant(s). | CASE NUMBER: <br><br> CV 10-5945 PSG (MANx) <br><br> **NOTICE OF DEFICIENCY** <br> **DEFAULT/DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of <u>defendant</u> the following reason(s)

☐ No declaration as required by F.R.Civ.P 55(a)
☐ No proof of service/waiver of service on file
☐ The name of the person served does not exactly match the complaint
☐ Proof of Service is lacking required information
☐ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
☐ Time to respond has not expired
☐ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
◼ **Request forwarded to assigned Judge for consideration. Request indicates as to defendant, but there are two defendants. Proof of service on file only as to defendant EMC Mortgage Corporation. Request for default filed 9/13/10, but not placed on docket until 9/15/10. Motion to dismiss filed 9/14/10**.

Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.

The Clerk cannot enter the requested **Default Judgment** against _____ for the following reason(s)

☐ No Entry of Default on file
☐ No declaration of as required by F.R.Civ.P 55(b)
☐ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
☐ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
☐ An Affidavit of the amount due must accompany the plaintiff's request for default judgment
☐ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
☐ Amount sought is not for a sum certain or cannot be computed to a sum certain
☐ Attorney Fees sought not in compliance with Local Rule 55-3
☐ Amount sought for costs is incorrect
☐ Case terminated on _____
☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.

CLERK OF COURT

By: <u>Irene Ramirez</u>
   Deputy Clerk

**CV-52B (12/03)**   NOTICE OF DEFICIENCY - DEFAULT/DEFAULT JUDGMENT