JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
LASHON HARRIS (CA Bar No. 257578)
lharris@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
EMC MORTGAGE CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN & TAMIKA BRIDGEWATER,<br><br>Plaintiffs,<br><br>v.<br><br>EMC MORTGAGE CORPORATION and CAL-WESTERN RECONVEYANCE CORP.,<br><br>Defendants. | CASE NO.: CV10-05945-PSG-MANx<br><br>JUDGE:   Hon. Philip S. Gutierrez<br><br>**PROOF OF SERVICE VIA U.S. MAIL**<br><br>Action Filed:   August 10, 2010 |

1
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT

1148447.2

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE
Sean Bridgewater et al v. EMC Mortgage Corp et al
U.S.D.C. Central District of California Case No.: 2:10-cv-05945-PSG -MAN

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707**.

On September 21, 2010, I served the foregoing document described as **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on September 21, 2010, at Santa Ana, California.

MICHELLE E AULT

**SERVICE LIST**
Sean Bridgewater et al v. EMC Mortgage Corp et al
U.S.D.C. Central District of California Case No.: 2:10-cv-05945-PSG -MAN

| | |
|---|---|
| Sean Bridgewater | T 805-581-2408 |
| Tamika Bridgewater | |
| 3445 Countrywalk Court | Plaintiffs in Pro Se |
| Simi Valley, CA 93065 | |