FILED

Sean & Tamika Bridgewater
Address 3445 Country Walk Court
Simi Valley CA 93065
805-581-2408

10 SEP 20 PM 1:21

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

SOUTHERN DISCTRIC OF CALIFORNIA

| | |
|---|---|
| Sean & Tamika Bridgewater<br><br>Plaintiff,<br><br>vs.<br><br>**EMC MORTGAGE CORPORATION**<br><br>Defendant | Case# CV10-05945-PSG-MANx<br><br>Request FOR RULE 11 SANCTIONS<br><br>Date: 9/16/2010 |

PLAINTIFF'S MEMORANDUM IN

SUPPORT OF MOTION FOR RULE 11 SANCTIONS

Plaintiff asks the court to impose sanctions against John M. Sorich, S. Christoher Yoo, & Lashon Harris, counsel for Defendant, hereinafter referred to counsel for Defendant, for filing Defendants Answer in violation of Federal Rule of Civil Procedure 11(b).

A. Introduction

1. Plaintiff is Sean & Tamika Bridgewater defendant is EMC MORTGAGE CORPORATION.

2. Plaintiff sued defendant for numerous violations including but not limited to violations of the Truth In ending Act, The Real Estate Settlement Procedures

Act, The Home equity Protection Act, Fraud, Common law Fraud, Breach of Fiduciary duties, .Et Al.

3. On 9/14/2010 counsel for Defendant filed defendants answer.

## B. Argument

5. The court may impose sanctions on a party, an attorney, or a law firm, for presenting a pleading, written motion, or other paper for an improper purpose, such as to harass or cause unnecessary delay or expense. Fed. R. Civ. P. 11(b)(1), (c)(1). Also, the court may impose sanctions on a party, an attorney, or a law firm, for presenting a pleading, written motion, or other paper that includes any of the following: (1) claims, defenses, or contentions not warranted by existing law or by a good-faith argument for extending, modifying, or reversing existing law or for establishing new law; (2) allegations that do not have, or are unlikely to have after a reasonable investigation, evidentiary support; or (3) denials unwarranted by the evidence. Fed. R. Civ. P. 11(b)(2)-(4), (c)(1).

6. counsel for Defendant's filing of "Defendants Answer" violated Rule 11 because counsel for Defendant filed the document for an improper purpose, such as to harass, cause an unnecessary delay, or needlessly increase the cost of litigation. Fed. R. Civ. P. 11(b)(1); *Mercury Air Group, Inc. v. Mansour*, 237 F.3d, 542, 548 (5th Cir. 2001). Specifically, the answer or affirmative defenses make bald allegations that claims are stated improperly, claims are time barred due to limitation on statutory procedure, and that the court lacks jurisdiction over the Defendant. However, the Defendant failed to offer any further information as to HOW his defenses are justified, or how Plaintiff specifically failed to meet Federal Rules of Civil Procedure. This is seemingly a waste of time, and intentionally done to cause unnecessary delay, and cost to the Plaintiff.

7. Before imposing sanctions, the court should determine whether the party or the attorney made a reasonable inquiry into the facts or the law before signing and presenting the document. *See* Fed. R. Civ. P. 11(b); *Townsend v. Holman Consulting Corp.*, 929 F.2d 1358, 1364-65 (9th Cir. 1990). The court should impose sanctions against counsel for Defendant because he did not make a reasonable inquiry into the facts or law before filing the answer He offered no court cases, information, rules or procedures as to how, why, or what specifically failed to meet the criteria he uses as a defense.

8. The court should impose the following sanctions: Monetary Sanctions, and Striking Of Pleadings of the defendant. The requested sanctions are sufficient to deter repetition of the sanctionable conduct. Fed. R. Civ. P. 11(c)(4); *Fries v. Helsper*, 146 F.3d 452, 458-59 (7th Cir. 1998). Plaintiffs suit makes very strong claims and allegations, which can be proved through discovery, and demands that his complaint be taken seriously. Counsel for Defendant failed to address the suit with specificity, and by the court allowing sanctions in this case, the counsel will take the case with serious intention.

## C. Conclusion

9. Defendants answer failed to address with specificity, as to why the defenses counsel for Defendant used, were valid. They are wasting the time of the Plaintiff and the Court, and are shadowing the seriousness of the case at hand. For these reasons, Plaintiff asks the court to impose sanctions of a monetary amount to be determined by the court, and a Striking of Defendants answer in its entirety.

**Respectfully Submitted,**

_____   _____
**Sean Bridgewater**          **Tamika Bridgewater**

# VERIFICATION

We, Sean & Tamika Bridgewater, do swear and affirm that all statements made herein are true and accurate, in all respects, to the best of my knowledge.

Sean & Tamika Bridgewater
Address 3445 Country Walk Court
Simi Valley, CA 93065

_____    _____
**Sean Bridgewater**                **Tamika Bridgewater**

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __Ventura__

On __9-18-10__ before me, __T. Friedman, Notary__,
        Date                                              Here Insert Name and Title of the Officer

personally appeared __Sean Bridgewater__
__Tamika Bridgewater__,
                                                                    Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                    Signature of Notary Public

[Notary Seal: T. FRIEDMAN, Commission # 1812073, Notary Public - California, Ventura County, My Comm. Expires Sep 5, 2012]

Place Notary Seal Above

--------- OPTIONAL ---------

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association• 9350 De Soto Ave., P.O. Box 2402•Chatsworth, CA 91313-2402• www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

## CERTIFICATE OF SERVICE

We, Sean & Tamika Bridgewater, do swear and affirm that we have served a signed copy of this Response to Rule 12 motion & Motion For Sanctions to any and all defendants by way of U.S.P.S. Certified mail #70093410000135299427 and return receipt and regular mail, and lOn the 18th day of September, 2010.

*[signatures]*

**Sean Bridgewater**           **Tamika Bridgewater**
Address 3445 Country Walk Court
Simi Valley  CA93065

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _Ventura_

On _9-18-10_ before me, _T. FRIEDMAN, NOTARY_,
    Date                                 Here Insert Name and Title of the Officer

personally appeared _Sean Bridgewater_
_Tomika Bridgewater_,
                                Name(s) of Signer(s)

[Notary Seal: T. FRIEDMAN, Commission # 1812073, Notary Public - California, Ventura County, My Comm. Expires Sep 5, 2012]

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                Signature of Notary Public

Place Notary Seal Above

---— OPTIONAL ———

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER — Top of thumb here]

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER — Top of thumb here]

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org Item #5907 Reorder: Call Toll-Free 1-800-876-6827