Name & Address:
Sean Bridgewater
Tamika Bridgewater
3445 Countrywalk Ct
Simi Valley, CA 93065
805-581-2408

FILED
2010 SEP 30 PM 12: 29
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pro Se<br>Sean Bridgewater<br>Tamika Bridgewater<br><br>Plaintiffs,<br><br>v.<br><br>EMC MORTGAGE CORP.<br><br>CAL-WESTERN RECONVEYANCE CORP.<br><br>Defendants, | **CASE NO.:** CV10-05945-PSG-(MANx)<br><br>**JUDGE**: PHILIP S. GUTIERREZ<br><br>**OBJECTION ON NOTICE OF MOTION AND ON REQUEST FOR JUDICIAL NOTICE filed 9/21/10**<br><br>**Action Filed: 9/30/2010** |

## REQUEST TO STRIKE DEFENDANT'S REQUEST FOR JUDICIAL NOTICE:

The Plaintiffs, Sean and Tamika Bridgewater, respectfully ask this court

to strike the Request for Judicial Notice filed by defendant, EMC

MORTGAGE CORPORATION on September 21, 2010.  Objections

presented by the defendant are irrelevant, immaterial and lack foundation to the original claim filed by Plaintiffs.

### STATEMENT OF FACTS:

The causes of action listed in this suit are primarily Violations of Federal Law, Fraud and non-disclosure. Defendant is bringing in issues to this court that are only "notice" of an event that holds no bearing on the decision this court can make. Quite simply, this is a case about fraud committed against the Plaintiff, and not about how legitimate, or legal a foreclosure "seems" in an inferior court.

### CONCLUSION

In conclusion, this Court should strike the defendant's EMC MORTGAGE CORPORATION Request for Judicial Notice.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Respectfully Submitted,

Sean and Tamika Bridgewater

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Sean Bridgewater
3445 Countrywalk Ct.
Simi Valley, CA 93065
805-581-2408

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Sean Bridgewater
Tamika Bridgewater
                    PLAINTIFF(S),
             v.
EMC Mortgage Corporation
Cal-Western Reconveyance
Corporation
                    DEFENDANT(S).

CASE NUMBER

CV10-05945-PSG-MANx

PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On September 30, 2010, I served a true copy of Objection on Notice of Motion and Request for Judicial Notice filed 9/21/2010 by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: CT Systems Corporation 350 N. Saint Paul St., Suite 2900 Dallas TX 75201
Executed on September 30, 2010 at Los Angeles, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____            _____
Signature                                                         Party Served

CV-40 (01/00)                    PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE