Sean Bridgewater
3445 Countrywalk Ct
Simi Valley, CA 93065
805-581-2408

FILED
2010 OCT 25 PM 1:16
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN BRIDGEWATER<br><br>TAMIKA BRIDGEWATER<br><br>Plantiffs<br><br>VS.<br><br>EMC MORTGAGE CORPORATION<br><br>CAL-WESTERN REVONVEYANCE COPORATION<br><br>Defendants | CASE #: CV10-05945-PSG-MANX<br><br>JUDGE: HON. PHILIP S. GUTIERREZ<br><br>REQUEST FOR SCHEDULED HEARING TO BE COMPLETED THROUGH SUBMISSION OF PAPERWORK, AND NOT ORAL ARGUMENTS; AND OBJECTION TO HEARING DATE<br><br>ACTION FILED: OCTOBER 25, 2010 |

REQUEST FOR SCHEDULED HEARING TO BE COMPLETED THROUGH SUBMISSION OF PAPERWORK, AND NOT ORAL ARGUMENTS; AND OBJECTION TO HEARING DATE

Plaintiffs come before the court as an unrepresented party:

Plaintiffs who have appeared Pro Se, object to oral arguments for the hearing scheduled for November 1st, 2010. It is a disadvantage to the Plaintiffs to have to

argue their case in front of a Judge, against a Federally Practiced Attorney. Plaintiffs do not have the experience and lack the same tools the Defendant's Attorney has, and would be unfairly prejudiced if Plaintiffs had to proceed orally.

Plaintiffs request that this court keep the hearing date, but discontinue the personal appearance for oral arguments.

Second, Plaintiffs formerly object to the hearing date. Defendant's counsel did not consult with Plaintiff on a date that could be beneficial to both sides. If this court finds that oral arguments are demanded, Plaintiffs will be at a disadvantage to appear on that date. Plaintiffs have work schedules, and it would be difficult and costly to appear on a workday, to argue orally.

## Prayer

- An order from the court absolving Plaintiffs from presenting oral arguments at hearing, and only appear through their paperwork already submitted to the court.
- In the alternative, if oral arguments are demanded, that another day, amenable to both parties, be scheduled along with a copy of the questions this court and Defendant's counsel will ask at the hearing, as to be as prepared as Plaintiffs "un-learned in law" could be.

Respectfully,

_____          _____
**Sean Bridgewater**                        **Tamika Bridgewater**

## Verification

We, Sean Bridgewater and Tamika Bridgewater, do swear and affirm that all statements made herein are true and accurate, in all respects, to the best of our knowledge.

_____  
**Sean R. Bridgewater**

_____  
**Tamika M. Bridgewater**

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __Ventura__ }

On __10-25-10__ before me, __T. Friedman, Notary__,
     Date                                 Here Insert Name and Title of the Officer

personally appeared __SEAN BRIDGEWATER__
                               Name(s) of Signer(s)
__TAMIKA BRIDGEWATER__,

T. FRIEDMAN
Commission # 1812073
Notary Public - California
Ventura County
My Comm. Expires Sep 5, 2012

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                  Signature of Notary Public

Place Notary Seal Above

——————— OPTIONAL ———————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: __Case # CV10-05945-PSG MANX__

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Sean Bridgewater
3445 Countrywalk Ct
Simi Valley, CA 93065
805-581-2408

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Sean Bridgewater
Tamika Bridgewater
            PLAINTIFF(S),

v.

EMC Mortgage Corporation
Cal-Western Reconveyance Corporation
            DEFENDANT(S).

CASE NUMBER

CV10-05945-PSG-MANx

**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Ventura County, State of California, and not a party to the above-entitled cause. On October 25, 2010, I served a true copy of Request for Scheduled Hearing To Be Completed through Submission of paperwork by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: See Attached Certification of Service
Executed on October 25, 2010 at Los Angeles, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☐ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____          _____
Signature                         Party Served

CV-40 (01/00)                 PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

## Certification of Service

Sean Bridgewater et al v. EMC Mortgage Corp et al
U.S.D.C Central District of California Case No.: 2:10-cv-05945-PSG –MANX

I, Sean Bridgewater, do swear and affirm that I have served a signed copy of this Request, to any and all defendants by way of U.S.P.S. Certified mail and return Regular Mail on this 25th day of October, 2010.

EMC MORTGAGE CORPORATION
CT CORPORATION SYSTEMS
350 N. SAINT PAUL ST SUITE 2900
DALLAS TX 75201
Certified Mail # 70101670000043162891

CAL-WESTERN RECONVEYANCE CORPORATION
525 E MAIN STREET
EL CAJON, CA 92020-4007
Certified Mail # 70101670000043162884

ADORNO YOSS ALVARADO & SMITH
1 MACARTHUR PLACE, SUITE 200
SANTA ANA, CALIFORNIA 92707
Certified Mail # 70101670000043167445

*Sean R. Bridgewater*