# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 10-5945-PSG (MANx) | Date: | October 28, 2010 |
| Title: | SEAN BRIDGEWATER, ET AL. -VS- EMC MORTGAGE CORP, ET AL. | | |

Present: The Honorable: **Philip S. Gutierrez, United States District Judge**

| Wendy K. Hernandez | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

**Not Present**                     **Not Present**

Proceedings (In Chambers): **DEFENDANT EMC MORTGAGE CORP.'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FRCP 12(b)(6) AND 12(e) FILED 09-14-10 (DOC. 8); REQ FOR JUDICIAL NOTICE (DOC. 9)**

    Counsel are advised that the above-referenced motion(s) set for hearing on **November 1, 2010** is taken **Under Submission** and off calendar. Accordingly, no appearance by counsel is necessary. The Court will issue a ruling after full consideration of the submitted pleadings.

|  | --- : ---- |
|---|---|
|  | Initials of Preparer    ljw for wkh |