JOHN M. SORICH (CA Bar No. 125223)
jsorich@ alvaradosmith.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@alvaradosmith.com
TUYET T. TRAN (CA Bar No. 245699)
ttran@alvaradosmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel:  (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
EMC MORTGAGE CORPORATION and MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC.,
erroneously sued as MORTGAGE ELECTRONIC
REGISTRATION SYSTEM

# UNITED STATES DISTRICT COURT

## CENTRAL  DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN R. BRIDGEMATER, TAMIKA M. BRIDGEWATER, Pro Se<br><br>        Plaintiffs,<br><br>v.<br><br>EMC MORTGAGE CORPORATION, CAL-WESTERN RECONVEYANCE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEM (MERS)<br><br>        Defendants. | **CASE NO.: CV10-05945-PSG-MANx**<br><br>**JUDGE:**    Hon. Philip S. Gutierrez<br><br>**NOTICE OF FIRM NAME CHANGE**<br><br>Motion to Dismiss First Amended Complaint Hearing:<br>**DATE:**    February 7, 2011<br>**TIME:**    1:30 p.m.<br>**DEPT:**    "880"<br><br><br>**Action Filed:**    August 10, 2010 |

///

///

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

1
NOTICE OF CHANGE OF FIRM NAME

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the law firm of Adorno Yoss Alvarado & Smith, a professional corporation, has changed its name to AlvaradoSmith, a professional corporation.  The address, telephone and facsimile numbers shall remain the same.  All pleadings, notices and correspondence should be addressed as follows:

> John M. Sorich, Esq.
> S. Christopher Yoo, Esq.
> Tuyet T. Tran, Esq.
> ALVARADOSMITH
> 1 MacArthur Place, Suite 200
> Santa Ana, CA  92707

DATED:  December 20, 2010          ALVARADOSMITH
                                                         A Professional Corporation


                                   By:  /s/  S. Christoopher Yoo
                                        JOHN M. SORICH
                                        S. CHRISTOPHER YOO
                                        TUYET T. TRAN
                                        Attorneys for Defendants
                                        EMC MORTGAGE CORPORATION
                                        and MORTGAGE ELECTRONIC
                                        REGISTRATION SYSTEMS, INC.,
                                        erroneously sued as MORTGAGE
                                        ELECTRONIC REGISTRATION
                                        SYSTEM

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF ORANGE

*Sean Bridgewater et al v. EMC Mortgage Corp et al.,*

USDC Case No.: 2:10-cv-05945-PSG -MAN

I am employed in the County of Orange, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707**.

**On DECEMBER 20, 2010, I served the foregoing document described as** REQUEST FOR JUDICIAL NOTICE  IN SUPPORT OF MOTION TO DISMISS THE FIRST COMPLAINT **on the interested parties in this action.**

☒  by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒  **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California.  The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐  **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐  **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707.  The envelope was deposited with delivery fees thereon fully prepaid.

☐  **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒  (Federal)  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on December 20, 2010, at Santa Ana, California.

MICHELLE E AULT

**NOTICE OF CHANGE OF FIRM NAME**

1

## <u>SERVICE LIST</u>

2

3
*Sean Bridgewater et al v. EMC Mortgage Corp et al.*,
USDC Case No.: 2:10-cv-05945-PSG -MAN

4

5
Sean Bridgewater                            T 805-581-2408
Tamika Bridgewater
3445 Countrywalk Court              Plaintiffs in Pro Se
Simi Valley, CA 93065

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CHANGE OF FIRM NAME