JOHN M. SORICH (CA Bar No. 125223)
jsorich@alvaradosmith.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@alvaradosmith.com
TUYET T. TRAN (CA Bar No. 245699)
ttran@alvaradosmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
EMC MORTGAGE CORPORATION
and MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
erroneously sued as MORTGAGE
ELECTRONIC REGISTRATION
SYSTEM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN R. BRIDGEMATER, TAMIKA M. BRIDGEWATER, Pro Se<br><br>Plaintiffs,<br><br>v.<br><br>EMC MORTGAGE CORPORATION, CAL-WESTERN RECONVEYANCE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEM (MERS)<br><br>Defendants. | **CASE NO.: CV10-05945-PSG-MANx**<br><br>**JUDGE:** Hon. Philip S. Gutierrez<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>**DATE:** February 7, 2011<br>**TIME:** 1:30 p.m.<br>**DEPT:** "880"<br><br>**Action Filed:** August 10, 2010 |

The Motion of defendants EMC Mortgage Corporation ("EMC") and Mortgage Electronic Registration Systems, Inc., erroneously sued as Mortgage Electronic Registration System ("MERS" and collectively "Defendants"), to Dismiss the

1  "Amended Complaint" (hereinafter referred to as "First Amended Complaint" or
2  "FAC") of plaintiffs Sean R. Bridgewater and Tamika M. Bridgewater (collectively
3  "Plaintiffs") came regularly for hearing on February 7, 2011 at 1:30 p.m. in
4  Courtroom "880" of the above-entitled Court, the Honorable Philip S. Gutierrez,
5  Judge, presiding.  Tuyet T. Tran, Esq. of AlvaradoSmith, a professional corporation,
6  appeared for the moving parties.  All other appearances were noted for the record.
7       The Court, having considered the moving, opposing, and reply papers, and the
8  oral arguments of counsel and Plaintiffs, **IT IS HEREBY ORDERED THAT**:
9       1.    The Motion of Defendants to Dismiss Plaintiffs' FAC is granted in its
10 entirety <u>with prejudice</u> or _____, because
11 Plaintiffs cannot state any claim against Defendants for the reasons set forth in the
12 Motion to Dismiss.

DATED: _____     _____
                            Hon. Philip S. Gutierrez
                            Judge, United States District Court

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE
*Sean Bridgewater et al v. EMC Mortgage Corp et al.,*
USDC Case No.: 2:10-cv-05945-PSG -MAN

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707**.

**ON December 20, 2010, I SERVED THE FOREGOING DOCUMENT DESCRIBED AS [PROPOSED] ORDER GRANTING MOTION TO DISMISS THE FIRST AMENDED COMPLAINT ON THE INTERESTED PARTIES IN THIS ACTION.**

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on December 20, 2010, at Santa Ana, California.

_____
MICHELLE E AULT

## **SERVICE LIST**

*Sean Bridgewater et al v. EMC Mortgage Corp et al.*,
USDC Case No.: 2:10-cv-05945-PSG -MAN

| | |
|---|---|
| Sean Bridgewater | T 805-581-2408 |
| Tamika Bridgewater | |
| 3445 Countrywalk Court | Plaintiffs in Pro Se |
| Simi Valley, CA 93065 | |