JOHN M. SORICH (CA Bar No. 125223)
jsorich@ alvaradosmith.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@alvaradosmith.com
KATHERINE S. AGBAYANI (CA Bar No. 213812)
kagbayani@alvaradosmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
EMC MORTGAGE CORPORATION
and MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
erroneously sued as MORTGAGE
ELECTRONIC REGISTRATION
SYSTEM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

SEAN R. BRIDGEWATER, TAMIKA M. BRIDGEWATER, Pro Se

Plaintiffs,

v.

EMC MORTGAGE CORPORATION, CAL-WESTERN RECONVEYANCE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEM (MERS)

Defendants.

**CASE NO.: CV10-05945-PSG-MANx**

**JUDGE:** Hon. Philip S. Gutierrez

**REPLY RE: NON-OPPOSITION TO MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

**DATE:** February 7, 2011
**TIME:** 1:30 p.m.
**DEPT:** "880"

**Action Filed:** August 10, 2010

Defendants EMC Mortgage Corporation ("EMC") and Mortgage Electronic Registration Systems, Inc., erroneously sued as Mortgage Electronic Registration System ("MERS" and collectively "Defendants"), respectfully submit this Reply Re: Non-Opposition to the Motion to Dismiss the First Amended Complaint ("FAC") of Plaintiffs Sean R. Bridgewater and Tamika M. Bridgewater (collectively "Plaintiffs").

## I. SUMMARY OF ARGUMENT

Defendant filed and served the Motion to Dismiss the FAC ("Motion to Dismiss") on December 20, 2010. *See,* Court Docket No. 26; *see also*, Declaration of Katherine S. Agbayani ("Agbayani Decl."), ¶ 2. The hearing on the Motion to Dismiss is set for February 7, 2011 at 1:30 p.m. in courtroom "880." *Id.*

The Central District of California Local Rule ("Local Rule") 7-9 requires a party opposing a motion must file a written opposition with the Court at least twenty-one (21) calendar days before the motion hearing. Therefore, Plaintiffs' opposition to the Motion to Dismiss was due on Monday, January 17, 2011. *See*, Agbayani Decl., ¶ 3. Local Rule 7-12 indicates that the Court may decline to consider any memorandum or other paper not filed within the deadline set by order or local rule. Furthermore, the failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion. Local Rule 7-12.

To date, Defendants have not received any opposition to the Motion to Dismiss. *See*, Agbayani Decl., ¶ 3. The Court website also indicates that no opposition has been filed. *See*, Court Docket; *see also,* Agbayani Decl., ¶ 4. The Court should not consider any belated opposition from Plaintiffs and the Motion to Dismiss must be granted in its entirety without leave to amend. Local Rule 7-12.

## II. CONCLUSION

Defendants respectfully request that the Motion to Dismiss be granted in its entirety without leave to amend.

DATED: January 25, 2011

ALVARADOSMITH
A Professional Corporation

By: /s/ S. Christopher Yoo
JOHN M. SORICH
CHRISTOPHER YOO
KATHERINE S. AGBAYANI
Attorneys for Defendants
EMC MORTGAGE CORPORATION and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., erroneously sued as MORTGAGE ELECTRONIC REGISTRATION SYSTEM

# DECLARATION OF KATHERINE S. AGBAYANI

I, Katherine S. Agbayani, declare as follows:

1. I am an attorney at law, licensed to practice in the State of California and before this Court. I am an associate of the law firm AlvaradoSmith, a Professional Corporation, counsel of record for Defendants EMC Mortgage Corporation ("EMC") and Mortgage Electronic Registration Systems, Inc., erroneously sued as Mortgage Electronic Registration System ("MERS" and collectively "Defendants"). I have been duly admitted to practice law in the State of California. I am submitting this Declaration in support of Defendants' Motion to Dismiss the First Amended Complaint ("FAC") of Plaintiffs Sean R. Bridgewater and Tamika M. Bridgewater (collectively "Plaintiffs"). If called as a witness in this matter, I am competent to testify of my own personal knowledge, to the best of my recollection, as to the matters set forth in this Declaration.

2. My office, on behalf of Defendants, served and filed a Motion to Dismiss the FAC ("Motion to Dismiss") on December 20, 2010. The hearing on the Motion to Dismiss is set for February 7, 2011 at 1:30 p.m. in courtroom "880."

3. Plaintiffs' opposition to the Motion to Dismiss was due on Monday, January 17, 2011. To date, Defendants have not received any opposition to the Motion to Dismiss.

4. To date, the District Court's Pacer Docket indicates no opposition has been filed. Therefore, the Court should not consider any belated opposition from Plaintiffs.

I declare under penalty of perjury under the laws of the State of California and the United States of America that this declaration is true and correct.

Executed on January 25, 2011 at Santa Ana, California.

KATHERINE S. AGBAYANI

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**
Sean Bridgewater et al v. EMC Mortgage Corp et al
U.S.D.C. Central District of California Case No.: 2:10-cv-05945-PSG -MAN

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **AlvaradoSmith, 1 MacArthur Place, Santa Ana, CA 92707**.

On January 25, 2011, I served the foregoing document described as **REPLY RE: NON-OPPOSITION TO MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on January 25, 2011, at Santa Ana, California.

Tonya Mertens

Tonya Mertens

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

**SERVICE LIST**

Sean Bridgewater et al v. EMC Mortgage Corp et al
U.S.D.C. Central District of California Case No.: 2:10-cv-05945-PSG -MAN

Sean Bridgewater
Tamika Bridgewater
3445 Countrywalk Court
Simi Valley, CA 93065

T 805-581-2408

Plaintiffs in Pro Se

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA